FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 11, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JAMES SNYDER,<br><br>                      Plaintiff,<br><br>  v.<br><br>TAMMI A. OWNSBY,<br><br>                      Defendant. | No. 2:25-CV-00266-MKD<br><br>ORDER DISMISSING CASE |

      Plaintiff, proceeding *pro se*, filed the Complaint on July 24, 2025. ECF No. 1. The Court issued an Order to Show Cause on July 25, 2025, indicating its intent to dismiss this case under Fed. R. Civ. P. 8. ECF No. 5. Having reviewed Plaintiff's response to the Order to Show Cause, *see* ECF No. 6, the Court adheres to its intent to dismiss this case and finds that Plaintiff's Complaint fails to comply with Fed. Civ. Civ. P. 8. The Court thus exercises its inherent authority to *sua*

ORDER - 1

*sponte* dismiss Plaintiff's Complaint. *See Hearns v. San Bernadino Police Dep't*, 530 F.3d 1124, 1131 (9th Cir. 2007); *see also* 28 U.S.C. § 1915(e)(2)(B).

Accordingly, **IT IS HEREBY ORDERED:**

1. Plaintiff's Complaint, **ECF No. 1**, is **DISMISSED with prejudice.**

2. Plaintiff's Motion for Appointment of Counsel, **ECF No. 7**, is **denied as moot**.

3. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal of this Order would not be taken in good faith and would lack any arguable basis in law or fact.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order, **enter judgment**, and provide a copy to Plaintiff.

DATED August 11, 2025.

*s/Mary K. Dimke*
MARY K. DIMKE
UNITED STATES DISTRICT JUDGE

ORDER - 2